## FOURTH DEPARTMENT, SEPTEMBER, 1960

### (September 15, 1960)

■ COUNTY OF ERIE, Respondent, v. LAFAYETTE HOTEL COMPANY et al., Appellants, et al., Defendants.— Application by County of Erie to advance the return day of motion for leave to appeal to the Court of Appeals from September 13, 1960 to July 12, 1960, granted. Motion for leave to appeal to the Court of Appeals denied, without costs. Application for a stay denied. (Order entered July 12, 1960.) Present — Bastow, J. P., Halpern, McClusky and Henry, JJ.

■ LA VERNE TREAT, Appellant, v. GEORGE SHERMAN, Respondent.— Appeal dismissed unless printed records are filed and served on or before October 3, 1960 and appellant's brief is filed and served on or before November 1, 1960.

■ STEPHANIE G. PETERS, as Administratrix, Respondent, v. THOMAS D. POWELL et al., Appellants.— Appeal dismissed unless printed briefs are filed and served on or before September 22, 1960.

■ In the Matter of the Probate of the Will of BARBARA O. HEPT, Deceased. — Appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ MARY E. GIARDINA, Appellant, v. CHARLES A. GIARDINA, Respondent.— Motion granted and appeal dismissed, without costs.

■ FRANK BONOMO & COMPANY, INC., Respondent, v. TRANS. SUPPLY & MANAGEMENT, INC., Appellant.— Records and appellant's brief having been filed, motion denied as moot.

■ FLORENCE ECHEVARRIA, Appellant, v. ANDRES ECHEVARRIA, Respondent. — Motion to place appeal on September 1960 Calendar denied.

■ ANTHONY BODAMI et al., Appellants, v. DONALD HARRISON, Respondent. — Appeal dismissed, with $10 motion costs, for failure to comply with previous order, without costs.

■ ALSCO OF HAMBURG, INC., Respondent, v. MARY KELLY et al., Appellants.— Motion granted, order entered July 1, 1960 dismissing appeal vacated, respondent directed to accept service of record and brief. Respondent's brief must be filed and served on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. SMITH, Appellant.— Motion granted and time for argument of appeal enlarged to include October 1960 Term of court, on condition appellant's typewritten brief is filed and served on or before September 29, 1960. Respondent is directed to file and serve brief on or before October 6, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH TOMASELLI, Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Appellant.— Time for filing and serving appellant's brief enlarged to September 29, 1960. Respondent's brief must be filed and served on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE TURNER, Appellant.— Motion granted to extent that order of July 1 amended to provide that appellant's typewritten briefs be filed and served on or before September 29, 1960. Respondent directed to file and serve brief on or before October 6, 1960.

■ CURTIS G. BAKER, Respondent, v. BRODERICK FUNERAL HOME, INC. et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ PAULINE CALLAHAN, Appellant, v. SYRACUSE TRANSIT CORP. et al., Respondents.— Motion granted to extent of permitting appeal on one typewritten copy of record and five typewritten copies of brief.